# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Johnson v. McGinley** | : | |
| | | : | |
| | | : | **Civil Action No. 1:18-CV-2359** |
| Inmate: | **Armani Johnson** | : | |
| | | : | **(CHIEF JUDGE CONNER)** |
| ID No. | **LG-7394** | : | |

## ORDER

On December 12, 2018, this habeas corpus action was lodged without a filing fee or an application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, an Administrative Order issued on December 13, 2018 in which the petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed *in forma pauperis*. (Doc. 3).

More than thirty (30) days have elapsed and the Petitioner has not submitted the filing fee, or the appropriate application to proceed *in forma pauperis*.

THEREFORE, it is hereby ORDERED that this action is dismissed, without prejudice, and the Clerk of Court shall close this file.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: January 24, 2019