# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARMANI MASUD JOHNSON,** | : | **CIVIL NO. 1:18-CV-2359** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **SUPERINTENDENT THOMAS MCGINLEY, PA STATE ATTORNEY GENERAL,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 14th day of August, 2019, upon consideration of petitioner's request (Doc. 16) for reconsideration of the court order dismissing the instant action for failure to submit the filing fee, or appropriate application to proceed *in forma pauperis*, and it appearing that petitioner has submitted the requisite filing fee (see Doc. 18), it is hereby ORDERED that:

1. The petition (Doc. 16) for reconsideration is GRANTED.

2. The Clerk of Court is directed to MARK the court's January 24, 2019 order (Doc. 7) vacated.

3. The Clerk of Court is further directed to REOPEN this action.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania