# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARMONI MASUD JOHNSON,** | : | **CIVIL ACTION NO. 1:18-CV-2359** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT THOMAS MCGINLEY, PA STATE ATTORNEY GENERAL,** | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 22nd day of June, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is DENIED.

2. Petitioner's request (Doc. 38) for an evidentiary hearing is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).


                                                   /S/ CHRISTOPHER C. CONNER
                                                 Christopher C. Conner
                                                 United States District Judge
                                                 Middle District of Pennsylvania